■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANFORD MURDEN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Egitto, J.), imposed February 5, 1982.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Lawrence, J. P., Weinstein, Rubin and Kooper, JJ., concur.